JS-6

FILED
CLERK, U.S. DISTRICT COURT
June 4, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TRACY L. STEWART, | Case No. CV 14-01747-AG (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| J. McCOMBER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: 6/4/14

DALE S. FISCHER
United States District Judge

ENTERED
CLERK, U.S. DISTRICT COURT
June 4, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY