JS-6

**FILED**
CLERK, U.S. DISTRICT COURT
June 12, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TRACY L. STEWART,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. McCOMBER, Warden,<br><br>　　　　　Respondent. | Case No. CV 14-01747-DSF (DFM)<br><br>CORRECTED JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

　　　　6/4/14
Dated: _____

　　　　　　　　　　　　　　　　*Dale S. Fischer*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　United States District Judge

**ENTERED**
CLERK, U.S. DISTRICT COURT
June 12, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY